IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AHMED DOE, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1458 (ESH) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ADIL BIN MUHAMMAD AL   WIRGHI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1497 (RCL) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| NABIL (Last Name Unknown), *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1504 (RMC) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*,        )<br>                                                                    )<br>            Petitioners,                                    )<br>                                                                    )<br>    v.                                                            )<br>                                                                    )<br>GEORGE W. BUSH,                                 )<br>    President of the United States,             )<br>    *et al.*,                                                     )<br>                                                                    )<br>            Respondents.                              )<br>_____)    | Civil Action No. 05-CV-1505 (RMC) |
| SHAFIIQ (Last Name Unknown), *et al.*,   )<br>                                                                    )<br>            Petitioners,                                    )<br>                                                                    )<br>    v.                                                            )<br>                                                                    )<br>GEORGE W. BUSH,                                 )<br>    President of the United States,             )<br>    *et al.*,                                                     )<br>                                                                    )<br>            Respondents.                              )<br>_____)    | Civil Action No. 05-CV-1506 (RMC) |
| HAMID AL RAZAK, *et al.*,                   )<br>                                                                    )<br>            Petitioners,                                    )<br>                                                                    )<br>    v.                                                            )<br>                                                                    )<br>GEORGE W. BUSH,                                 )<br>    President of the United States,             )<br>    *et al.*,                                                     )<br>                                                                    )<br>            Respondents.                              )<br>_____)    | Civil Action No. 05-CV-1601 (GK) |

|  |  |  |
|---|---|---|
| KADEER KHANDAN, | ) | |
|  | ) | |
| Petitioner, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-CV-1697 (RBW) |
|  | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
|  | ) | |
| Respondents. | ) | |
|  | ) | |
| USAMA HASAN ABU KABIR, *et al.*, | ) | |
|  | ) | |
| Petitioners, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-CV-1704 (JR) |
|  | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
|  | ) | |
| Respondents. | ) | |
|  | ) | |
| MUHAMMED QASIM, *et al.*, | ) | |
|  | ) | |
| Petitioners, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-CV-1779 (JDB) |
|  | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
|  | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| ABU ABDUL AZIZ, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1864 (HHK) |
| GEORGE W. BUSH,  President of the United States,  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ISMAIL ALKHEMISI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1983 (RMU) |
| GEORGE W. BUSH,  President of the United States,  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| BENDER AYED HAMOUD HEZAM  AL-OTEIBI AL-SHABANY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2029 (JDB) |
| GEORGE W. BUSH,  President of the United States,  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |
|---|---|
| ZAKIRJAN, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2053 (HHK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| DR. ABU MUHAMMED, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2087 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ISSAM HAMID ALI BIN ALI AL ) | |
| JAYFI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2104 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

| | |
|---|---|
| Dated: November 21, 2005 | Respectfully submitted, |

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents