# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABU MUHAMMED,** *et al.*, | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-2087 (RMC)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

## ORDER

Local Civil Rule 40.6 permits a judge of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 40.6(a). To efficiently resolve the issues raised in Respondents' Motion for Order to Show Cause Why Case Should Not be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals [Dkt. #8], Judge Louis F. Oberdorfer has agreed to accept the transfer of the motion.

Accordingly, it is this 21st day of November, 2005, hereby

**ORDERED** that the motion is **TRANSFERRED** to Judge Oberdorfer, with his consent, for consideration and decision.

**SO ORDERED**.

Signed: November 21, 2005

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge