IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fethi Boucetta a/k/a )
Dr. Abu Muhammed, *et al.,* )
    Petitioners )
  )
vs. )    Civil Action No. 05-CV-2087 (RMC)
  )
George W. Bush, *et al.* )
  )
    Respondents. )
  )

## MOTION FOR LEAVE TO AMEND PETITION
## FOR HABEAS CORPUS

Petitioner Fethi Boucetta, also known as Dr. Abu Muhammed ("Petitioner Boucetta"), through his counsel Holland & Hart LLP, hereby respectfully requests that this Court grant him leave to amend his Petition for Habeas Corpus as reflected in the Amended Petition for Habeas Corpus submitted concurrently with this motion, and in support thereof states as follows:

1.    On November 18, 2005, Respondents filed their Motion for Order to Show Cause Why Case Should Not be Dismissed for Lack of Proper "Next Friend" Standing or, In the Alternative, to Stay the Proceedings Pending Related Appeals ("Respondents' Motion"). Through Respondents' Motion, Petitioner's counsel were informed, for the first time, that Petitioner Boucetta has been declared a **Non Enemy Combatant**. *See* Respondents' Motion at n. 2.

2.    On or about November 21, 2005, Susan Baker Manning, Esq. contacted undersigned counsel to explain that while she was visiting her clients at the U.S. Navel

Base in Guantanamo Bay she met and spoke with Petitioner Boucetta. *See* **Attachment A**, Manning Declaration at ¶ 10.

3.      Through Ms. Manning, undersigned counsel was informed that Petitioner Boucetta was arrested in Pakistan while he was working as a medical doctor, that he has a sister living in France, and that he wishes to be represented by counsel. *See id*. at ¶¶ 4, 6, 9.

4.      On November 23, 2005, J. Triplett Mackintosh, Esq. was able to contact Boucetta's sister, Fatima Boucetta, via telephone. **Attachment B**, Mackintosh Declaration at ¶ 2.

5.      Fatima Boucetta confirmed that Boucetta is also known as "Dr. Abu Muhammed" and that he is detained by the United States in Guantanamo Bay, Cuba. *Id*. at ¶¶ 4-5.

6.      Fatima Boucetta expressed her desire to act on behalf of her brother to seek his release through legal process. *Id*. at ¶ 8, Exhibits A and B (Authorization of Fatima Boucetta and Translation).

7.      Fatima Boucetta has executed an Authorization stating her desire to act as Boucetta's Next Friend and authorizing Petitioner's counsel to act for her and her brother. *Id*. at Exhibits A and B.

8.      In light of the foregoing developments, Petitioner's counsel seeks to amend his Petition for Habeas Corpus to substitute his sister as his Next Friend and as otherwise reflected in the attached Amended Petition for Habeas Corpus.

9.      In accordance with Local Rule 7(m), Petitioner's counsel has conferred with Respondent's counsel, and Respondents do not oppose the amending of Boucetta's

petition to substitute Ms. Boucetta as his Next Friend and Respondents have no position

on the other amendments to the Petition.

Dated this 1st day of December, 2005.

Respectfully submitted,

Counsel for Petitioners:


/s/Donald A. Degnan
Donald A. Degnan
(Colorado State Bar # 20774)
Holland & Hart LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
Facsimile: (303) 473-2720

William E. Murane
(Colorado State Bar # 2676)
Christopher L. Thomas
(Colorado State Bar # 35317)
Danielle R. Voorhees
(Colorado State Bar # 35929)
Christina Gomez
(Colorado State Bar # 36026)
J. Triplett Mackintosh
(Colorado State Bar # 22359)
Hamid M. Khan
(Colorado State Bar # 34139)
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Dean B. Arnold
(Idaho State Bar # 6814)
Holland & Hart LLP
U.S. Bank Plaza,
101 S. Capitol Blvd., Ste. 1400
Boise, ID 83702
Tel.: (208) 383-3914
Facsimile: (866) 851-8334

Of Counsel
Barbara J. Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Tel.: (212) 614-6439

## CERTIFICATE OF SERVICE

I certify that on December 1, 2005, I served a copy of the foregoing document to the following by electronic filing.

c/o Preeya Noronha
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
preeya.noronha@usdoj.gov

/s/Donald A. Degnan
Holland & Hart LLP
ONE BOULDER PLAZA
1800 BROADWAY, SUITE 300
BOULDER, CO  80302

3482687_1.DOC