# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Abu Muhammed, *et al.*,<br>　　Petitioners<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>　　Respondents. | )<br>)<br>)<br>)　Civil Action No. 05-CV-2087 (RMC)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF J. TRIPLETT MACKINTOSH

I, J. Triplett Mackintosh, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I am an attorney in good standing in the State of Colorado and have practiced law for 19 years.

2. On Wednesday, November 23, 2005, I spoke to Fatima Boucetta via telephone.

3. Ms. Boucetta currently resides near Paris, France and speaks French. I speak French as well, and our conversation was in that language.

4. Ms. Boucetta informed me that her brother, Fathi Boucetta, is detained by the United States in Guantanamo Bay, Cuba.

5. Ms. Boucetta explained that her brother, Fathi Boucetta, is also known as "Dr. Abu Muhammed," a name he used while practicing medicine in Pakistan.

6. According to Ms. Boucetta, her brother speaks French and Arabic.

7. Ms. Boucetta also stated that her brother's wife currently lives in Algeria and provided other details about the family in Algeria and France. We discussed her brother's refugee status, as well as other personal family details.

8. Ms. Boucetta expressed her desire to act on behalf of her brother to seek his release through legal process. She thanked us for our efforts on behalf of her brother. I explained the authorization required for our representation and we discussed the means by which she could send me an authorization.

9. On Thursday, November 24, 2005, I received, via facsimile, an "Authorization" from Ms. Boucetta, a true and correct copy of which is attached hereto as Exhibit A. I am fluent in French and have translated the Authorization. The translation is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of November 2005.

J. Triplett Mackintosh

Colorado Bar Number 22359

3482437_1.DOC

24/11 '05 18:17 FAX 0164683670        BCS                                    ☒001

## Autorisation

Date: 24/11/2005

Je m'appelle M^me BOUCETTA FATIHA. J'agi en tant que proche de mon frère, qui s'appelle BOUCETTA FETHI citoyen de Algérie, qui est détenu à Guantánamo Bay.

Je sais qu'il souhaiterait que j'agisse de sa part pour lui assurer une représentation légale. Ainsi, j'autorise Michael Ratner et Barbara Olshansky du *Center for Constitutional Rights*, Trip Mackintosh, Don Degnan et Danielle Voorhees du cabinet Holland & Hart, LLP, et toute personne désignée par ces avocats pour agir pour ma part et pour mon proche, pour s'assurer des documents et informations concernant mon proche qui sont nécessaires à sa défense et pour rechercher tout type de réparation qu'ils croient être dans son meilleur intérêt, auprès des tribunaux des Etats-Unis d'Amérique ainsi que dans tout autre forum judiciaire disponible.

Signature: [signature]
Copie du Nom: M^me BOUCETTA

Témoin: El Ghazi
Copie du Nom: M^me EL Ghazi

EXHIBIT A
MACKINTOSH DECL.

Authorization

My name is Mrs. Fatima Boucetta. I am acting in my capacity as close relative of my brother, whose name is Fethi Boucetta, a citizen of Algeria, who is detained in Guantanamo Bay.

I know that he would want me to act on his behalf to assure legal representation for him. In this fashion, I authorize Michael Ratner and Barbara Olshansky of the Center for Constitutional Rights, Trip Mackintosh, Don Degnan and Danielle Voorhees of the Holland & Hart, LLP law firm, and all persons designated by these lawyers to act for me and my close relative, in order to insure the production of documents and information concerning my close relative that are necessary for his defense and to research all types of reparations that they believe to be in his best interest, in U.S. courts as well as in any other available judicial forum.

Signed:

Printed Name

Witness

Printed Name



EXHIBIT
B
MACKINTOSH DECL