# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Abu Muhammed, *et al.*,<br>Petitioners<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>Respondents. | )<br>)<br>)<br>)<br>) Civil Action No. 05-CV-2087 (RMC)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF SUSAN BAKER MANNING

I, Susan Baker Manning, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts stated herein, except those stated on information and belief, and, if called upon, could and would testify competently to them. I am Counsel with Bingham McCutchen LLP, attorneys for a total of twelve Guantánamo Bay prisoners and plaintiffs/habeas corpus petitioners in the cases *Qassim v. Bush* (Case No. 05-0497 JR), *Mamet v. Bush* (Case No. 05-1602 ESH), and *Kiyemba v. Bush* (Case No. 05-1509 RMU).

2. On Monday, November 14, 2005 I met with my client Saddiq Ahmad Turkistani in Camp Iguana. At that time, I received a handwritten letter from Fethi Boucetta ("Fethi"), who is also known as Dr. Abu Mohammed. That same day, Pursuant to the procedures provided in Judge Green's November 8, 2004 Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba and related orders (collectively "the Protective

Order"), this letter was provided to military personnel in a sealed envelope along with other notes and documents from the meeting with Mr. Turkistani. Under the Protective Order, military personnel are to send these materials to the secure facility in Crystal City Virginia where they can be reviewed and used by counsel holding the necessary security clearance. As of the date of this declaration, Mr. Boucetta's letter and the other materials have not arrived at the secure facility and are not available to me.

3. I returned to Camp Iguana two days later, on Wednesday, November 16, 2005, to meet with my clients Abu Bakker Qassim and Adel Abdul Hakim. During a break, I was approached by Mr. Boucetta. We spoke for approximately ten minutes in the yard of Camp Iguana under the visual supervision of U.S. military personnel.

4. Fethi speaks French, and some English. I understands that he also speaks Arabic. He stated that he is an Algerian citizen, though he left Algeria in 1989. He explained that he has a sister named Fatima Boucetta in France, and that he believes his wife and children are in Algeria.

5. Fethi's "ISN" number is 718.

6. Fethi told me that he is a medical doctor, specializing in internal medicine. Prior to his arrest and detention, he was living in Peshawar, Pakistan and was working as a doctor for an "NGO". He explained that Pakistanis who were accompanied by two plain-clothes Americans arrested him and the Pakistanis then turned him over to the U.S. military.

7. Fethi explained that he has been designated as a refugee by the United Nations.

8. I am informed and believe that military personnel first informed Fethi that he had been cleared by the CSRT on or about May 10, 2005.

9. Fethi stated that, to his knowledge, he does not have an attorney, but he very much wants a lawyer to help him obtain his freedom. I told him that I would help him find counsel, and he was very pleased by this.

10. Upon my return to the United States, I was informed that Holland & Hart LLP had filed a habeas corpus petition on behalf of Fethi. I then contacted Holland & Hart LLP to inform them that Fethi does wish to be represented.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of November 2005.

_____
Susan Baker Manning