UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2053 (HHK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| DR. ABU MUHAMMED, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2087 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Currently pending in case no. 05-2087 is Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing, or, in the Alternative, to Stay Proceedings. This Motion has been assigned to the undersigned pursuant to Local Civil Rule 40.6(a). See Nov. 21, 2005 Order.

In this case, the government commendably concedes that Muhammed has directly authorized counsel to represent him in a habeas proceeding. See Resps.' Reply Mem. in Supp. of Mot. for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing, or, in the Alternative, to Stay Proceedings Pending Related Appeals, at 2.

Similarly, this Court previously ruled in case no. 05-2053 that petitioner Zakirjan had directly authorized counsel to proceed on his behalf, thereby mooting the next friend issue.  In light of the government's concession and this Court's previous ruling, the government also moves to dismiss the next friends in the above-captioned cases.  If petitioners have directly authorized counsel to proceed on their behalf, then petitioners necessarily do not meet the "next friend" standing requirements.  See Whitmore v. Arkansas, 495 U.S. 149, 163 (1990).

Accordingly, it is this 16th day of December, 2005, hereby:

ORDERED: that Respondents' Motion in Civ. No. 05-2087 for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing, or, in the Alternative, to Stay Proceedings [dkt no. 8] is DISMISSED as moot; and it is further

ORDERED: that Respondents' Motion to Dismiss Abu Bakker Qassim and Jamaal Kiyemba as petitioners in Civ. No. 05-2053 [dkt no. 25] and 05-2087 [dkt no. 16] is GRANTED.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE