IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a Dr. Abu Muhammed, *et al.*, | ) ) ) | |
| Petitioners | ) ) ) | |
| vs. | ) ) | Civil Action No. 05-CV-2087 (RMC) |
| George W. Bush, *et al.* | ) ) ) | |
| Respondents. | ) ) | |

**PETITIONER BOUCETTA'S (a/k/a MUHAMMED)
UNOPPOSED MOTION FOR EXPEDITED ENTRY OF PROTECTIVE ORDER
(PETITIONER IS A NON ENEMY COMBATANT)**

Petitioner Dr. Fathi Boucetta a/k/a Dr. Abu Muhammed ("Petitioner Boucetta"), **a Non Enemy Combatant ("NEC") Guantanamo Bay detainee**, through his counsel, Holland & Hart, LLP, respectfully moves this Court for the expedited entry of the Amended Protective Order, Protective Information Order and Supplemental Filing procedures Order (collectively "Protective Orders") previously entered by Judge Joyce Hens Green in *Abdah v. Bush*, 04-CV-1254 (HHK) and the other coordinated Guantanamo Bay detainee cases. The Protective Orders are attached here to as Exhibits 1, 2 and 3. Pursuant to Local Rule 7(m), Petitioner Boucetta's counsel has conferred with Respondents' counsel and Respondents' do not oppose entry of the Protective Orders in this case.

Entry of the Protective Orders would permit counsel the opportunities accorded counsel in other pending Guantanamo Bay detainee cases in which the Protective

Orders have been entered, including visiting Petitioner Boucetta at Guantanamo Bay, upon compliance with the terms of the Protective Orders.[1]  Respondents concede that Petitioner Boucetta is not an enemy combatant, that he ought to be released, and that "the only thing holding up his release is that respondents are trying to make arrangements for a suitable destination country."  Reply Memorandum In Support of Motion to Show Cause or Stay at n. 5.

Petitioner Boucetta's counsel ought to be involved in the "arrangements for a suitable destination country."  While Petitioner Boucetta is an Algerian citizen, he was living in Pakistan at the time of his arrest.  See Exhibit 4, Declaration of Susan Baker Manning at ¶ 6.  Further, Petitioner Boucetta has been declared a U.N. Refugee. Exhibit 5, Request for Legal Assistance by Petitioner Fethi Boucetta.  Petitioner Boucetta's wife and six children, however, remain in Algeria.  See Exhibit 6, email correspondence between Petitioner's and Respondent's counsel.  Petitioner Boucetta has not spoken with his family for years – Petitioner's counsel has requested that he be allowed to speak to his wife, a request the government is "considering."  Id.  Petitioner Boucetta ought to be allowed to speak to his counsel (and his wife) about his release and any concerns he has regarding his release destination **before** he is released.  It is therefore critical that the Protective Orders immediately be entered in this case so that Petitioner Boucetta's counsel can begin coordinating access to him so that he may receive the legal assistance he has requested.  See Boucetta Request (Exhibit 4).

---

[1] Petitioner Boucetta reserves his right to challenge or seek modification of particular terms of the Protective Orders in the future.  Given Petitioner Boucetta's NEC status, some terms of the Protective Orders may be unnecessarily restrictive.

WHEREFORE, Petitioner Boucetta respectfully request that the Court enter the Protective Orders in this case.

Dated December 20, 2005

Respectfully submitted,

s/ Donald Degnan
Donald A. Degnan
Holland & Hart LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
Facsimile: (303) 473-2720

William E. Murane
Christopher L. Thomas
Danielle R. Voorhees
Christina Gomez
J. Triplett Mackintosh
Hamid M. Khan
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

        Dean B. Arnold
        Holland & Hart LLP
        U.S. Bank Plaza,
        101 S. Capitol Blvd., Ste. 1400
        Boise, ID 83702
        Tel.: (208) 383-3914
        Facsimile: (866) 851-8334

        Of Counsel
        Barbara J. Olshansky
        Tina Monshipour Foster (NY No. TF5556)
        Gitanjali S. Gutierrez (NY No. GG1234)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway
        New York, NY 10012
        Tel.: (212) 614-6439
        **ATTORNEYS FOR PETITIONERS**

-5-

## CERTIFICATE OF SERVICE

      I certify that on December 20, 2005, I served a copy of the foregoing document to the following by electronic filing.

      c/o Preeya Noronha
      Peter D. Keisler
      Joseph H. Hunt
      Kenneth L. Wainstein
      Douglas N. Letter
      Vincent M. Garvey
      Terry M. Henry
      James J. Schwartz
      Robert J. Katerberg
      Nicholas J. Patterson
      Andrew I. Warden
      Edward H. White
      United States Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., N.W. Room 7144
      Washington, DC  20530
      preeya.noronha@usdoj.gov

      /s Donald Degnan _____
      Holland & Hart LLP

3492132_1.DOC