# EXHIBIT 5

MAR-09-2004  04:20                                                    P.03

Request for Legal Assistance.

I'm currently incarcerated by the United states in the U.S. Naval station at Guantanamo Bay, Cuba

I want Legal representation

Name : BOUCETTA FETHI
       ( Dr. Abu Mohamed )

Nationality . ALGERIAN

ISN .        718

Signature    fethi

I speak ARABIC, FRench and a little English.
and the Military Court had declared me innocent ( No - ENNiMi Combattant )

**FOUO**

MAR-09-2004  04:20                                                              P.04

- About 718 (Boucetta Fethi)

- I have a sister who is living in France

Adress:     M^me Boucetta
            6 Rue Proudhon
            77184 Emerainville
                    FRANCE

phone: 331 64 617911

- I'm also considered as a refuge in the U.N. UNHCR card # 20052.

- On May 10. 2005 the military court declared me innocent (Nc-ENNEMI Combattant)

**FOUO**

TOTAL P.04