# EXHIBIT 6

Case 1:05-cv-02087-RMC    Document 18-7    Filed 12/20/2005    Page 1 of 2

# Danielle Voorhees

| | |
|---|---|
| From: | Preeya.Noronha@usdoj.gov |
| Sent: | Wednesday, December 07, 2005 12:19 PM |
| To: | Trip Mackintosh; Danielle Voorhees |
| Cc: | Don Degnan |
| Subject: | RE: Fethi Boucetta: 05-CV-2087 |

Danielle, Trip:

We are in receipt of your e-mails and are considering your request. I or one of my colleagues will be in touch.

Regards,
Preeya

-----Original Message-----
From: TMackintosh@hollandhart.com [mailto:TMackintosh@hollandhart.com]
Sent: Tuesday, December 06, 2005 7:54 PM
To: Noronha, Preeya (CIV); DVoorhees@hollandhart.com
Cc: DDegnan@hollandhart.com
Subject: RE: Fethi Boucetta: 05-CV-2087

Preeya,

I can add to that request in that we have been in contact with several of his family members. Today his brother specifically asked if we could arrange a call. Fethi's wife lives in a small town in SW Algeria. She has 6 children. It has been years since they have spoken and such a call, even if brief, would be an important step as we begin the process of returning him to his family.

Trip Mackintosh

-----Original Message-----
From: Danielle Voorhees
Sent: Tuesday, December 06, 2005 5:46 PM
To: Preeya.Noronha@usdoj.gov
Cc: Trip Mackintosh; Don Degnan
Subject: Fethi Boucetta: 05-CV-2087

Preeya,

We would like to arrange for a telephone call between Fethi Boucetta (a/k/a Dr. Abu Muhammed) and his wife. We presume that the government has no objection to such a call, given that Fethi has been declared a non enemy combatant. Fethi's wife is in Algeria and we have her contact information. Please let me know how we can work with the government to set up this call.

Sincerely,


Danielle R. Voorhees
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone (303) 295-8361
Fax (303) 295-8261
E-mail: dvoorhees@hollandhart.com

 <http://www.hollandhart.com/>

1