IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fethi Boucetta a/k/a Dr. Abu Muhammed,  )<br><br>　　Petitioner　　　　　　　　　)<br><br>vs.　　　　　　　　　　　　　　　)<br><br>George W. Bush, *et al.*　　　　　)<br><br>　　Respondents.　　　　　　　　)| Civil Action No. 05-CV-2087 (RMC) |

_____

**NOTICE OF SUBMISSION OF PROTECTIVE ORDER MEMORANDA OF UNDERSTANDING AND ACKNOWLEDGMENTS**

In accordance with the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Navel Base in Guantanamo Bay, Cuba (Protective Order), Petitioner's counsel hereby submit the attached executed Memoranda of Understanding (Exhibit 1) and Acknowledgments (Exhibit 2) for Donald A. Degnan, William E. Murane, Scott S. Barker, Douglas L. Abbott, J. Triplett Mackintosh, Dean B. Arnold, Hamid M. Khan, and Danielle R. Voorhees.

In accordance with Paragraph 18 of the Protective Order, Petitioner's counsel will provide Respondents' counsel and the Court Security Officer with executed copies of the Memoranda of Understanding and Acknowledgments.

Dated January 4, 2006

Respectfully submitted,

Counsel for Petitioners:

/s Donald A. Degnan
Donald A. Degnan
Holland & Hart LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
Facsimile: (303) 473-2720

Douglas L. Abbott
Scott S. Barker
William E. Murane
J. Triplett Mackintosh
Hamid M. Khan
Danielle R. Voorhees
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Dean B. Arnold
Holland & Hart LLP
U.S. Bank Plaza,
101 S. Capitol Blvd., Ste. 1400
Boise, ID 83702
Tel.: (208) 383-3914
Facsimile: (866) 851-8334

Of Counsel
Barbara J. Olshansky
Tina Monshipour Foster (NY No. TF5556)
Gitanjali S. Gutierrez (NY No. GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I certify that on January 4, 2006, I served a copy of the foregoing document to the following as indicated below:

United States Department of Justice
c/o Preeya Noronha *via electronic filing*
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
preeya.noronha@usdoj.gov

Court Security Officer *via email*
Christine.E.Gunning@usdoj.gov
Jennifer.Campbell@usdoj.gov


                                        /s Donald A. Degnan
                                        Holland & Hart LLP

3494907_1.DOC