# EXHIBIT 2

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed, *et al.*,<br><br>  Petitioners<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>  Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2087 (RMC) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/30/2005     BY: Donald A. Degnan
               (type or print name)

            SIGNED: [signature]

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed,<br><br>　　　Petitioner<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>　　　Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-2087 (RMC) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 1-4-06            BY: William E. Murane
　　　　　　　　　　　　　　　　(type or print name)

　　　　　　　　　　　　SIGNED: William E Murane

EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed, *et al.*, | ) ) ) | |
| Petitioners | ) ) ) | |
| vs. | ) ) | Civil Action No. 05-CV-2087 (RMC) |
| George W. Bush, *et al.* | ) ) ) | |
| Respondents. | ) ) | |

### ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12-28-05                    BY: Scott S. Barker
                                       (type or print name)

                                   SIGNED: /s/ Scott Barker

**EXHIBIT C**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed, *et al.*, | )<br>)<br>) | |
| Petitioners | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 05-CV-2087 (RMC) |
| George W. Bush, *et al.* | )<br>)<br>) | |
| Respondents. | )<br>) | |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/28/05    BY: DOUGLAS L. ABBOTT
                       (type or print name)

                   SIGNED: [signature]

EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed,<br><br>    Petitioners<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2087 (RMC) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/30/05                BY: Trip Mackintosh
                                                                            (type or print name)

                                               SIGNED: Trip Mack

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| vs. | )<br>) | Civil Action No. 05-CV-2087 (RMC) |
| George W. Bush, *et al.* | )<br>)<br>) | |
| Respondents. | )<br>)<br>) | |

## **ACKNOWLEDGEMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12-28-05      BY: Dean B. Arnold
                          (type or print name)

                     SIGNED: Dean B. Arnold

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed,<br><br>   Petitioner<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>   Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2087 (RMC) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 1-3-06     BY: Hamid M. Khan
                      (type or print name)

                  SIGNED: [signature]

EXHIBIT C

## In The United States District Court
## For The District Of Columbia

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammed,<br><br>  Petitioners<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>  Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2087 (RMC) |

### ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Fethi Boucetta a/k/a Dr. Abu Muhammed v. George W. Bush, et al.*, No. 05-CV-2087 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/29/05

BY: Danielle R. Voorhees
  (type or print name)

SIGNED: *[signature]*