IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fethi Boucetta a/k/a )
Dr. Abu Muhammed, )
 )
    Petitioner )
 )
 )
vs. ) Civil Action No. 05-CV-2087 (RMC)
 )
George W. Bush, *et al.* )
 )
    Respondents. )
 )

### ENTRY OF APPEARANCE OF DOUGLAS L. ABBOTT AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER LCvR 83.2(G)

I, Douglas L. Abbott, hereby enter my appearance on behalf of the Petitioner Fethi Boucetta a/k/a Dr. Abu Muhammed in the captioned matter.

Pursuant to LCvR 83.2(g), I certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado; the United States District Court for the District of Colorado; and the Tenth Circuit Court of Appeals. I further certify that I am providing legal representation to Petitioners without compensation.

Dated: January 4, 2006

Respectfully submitted,

*[signature]*

Douglas L. Abbott (Colorado State Bar # 18683)
William E. Murane
J. Triplett Mackintosh
Hamid M. Khan
Danielle R. Voorhees
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Donald A. Degnan
Holland & Hart LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
Facsimile: (303) 473-2720

Dean B. Arnold
Holland & Hart LLP
U.S. Bank Plaza,
101 S. Capitol Blvd., Ste. 1400
Boise, ID 83702
Tel.: (208) 383-3914
Facsimile: (866) 851-8334

Of Counsel
Barbara J. Olshansky
Tina Monshipour Foster (NY No. TF5556)
Gitanjali S. Gutierrez (NY No. GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Tel.: (212) 614-6439
**ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I certify that on January 4, 2006, I served a copy of the foregoing document to the following by electronic filing.

c/o Preeya Noronha
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
preeya.noronha@usdoj.gov

_____
Holland & Hart LLP

3479347_2.DOC