UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULLAH THANI FARIS AL-ANAZI**, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| ) | |
| v. ) | Civ. No. 05-CV-345 |
| ) | (JDB)(AK) |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

| | |
|---|---|
| **FAWZI AL ODAH**, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| ) | |
| v. ) | Civ. No. 02-CV-828 |
| ) | (CKK)(AK) |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

| | |
|---|---|
| **SUHAIL ABDU ANAM**, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| ) | |
| v. ) | Civ. No. 04-CV-1194 |
| ) | (HHK)(AK) |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

| | |
|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,** )<br>)<br>   Petitioner, )<br>)<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.*, )<br>)<br>   Respondents. )<br>_____ ) | **Civ. No. 05-CV-1490**<br>    **(PLF)(AK)** |
| **MAHMOOD SALIM AL-MOHAMMED,** *et al.*, )<br>)<br>   Petitioners, )<br>)<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.*, )<br>)<br>   Respondents. )<br>_____ ) | **Civ. No. 05-CV-247**<br>    **(HHK)(AK)** |
| **MOHAMMED,** *et al.*, )<br>)<br>   Petitioners, )<br>)<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.*, )<br>)<br>   Respondents. )<br>_____ ) | **Civ. No. 05-CV-2087**<br>    **(RMC)(AK)** |

| | |  |
|---|---|---|
| **NABIL**, *et al.*, | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1504** |
| | ) | **(RMC)(AK)** |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |

| | |  |
|---|---|---|
| **AL HAWARY**, *et al.*, | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1505** |
| | ) | **(RMC)(AK)** |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |

| | |  |
|---|---|---|
| **SAIB**, *et al.*, | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1353** |
| | ) | **(RMC)(AK)** |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |

| | | |
|---|---|---|
| **SHAFIQ,** *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-CV-1506 |
| | ) | (RMC)(AK) |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-CV-1592 |
| | ) | (RCL)(AK) |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| **ABDANNOUR SAMEUR,** *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-CV-1806 |
| | ) | (CKK)(AK) |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| **MAHMOUD ABDAH,** *et al.*, | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1254** |
| | ) | **(HHK)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |
| | ) | |


| | | |
|---|---|---|
| **ABDULSALAM ALI ABDULRAHMAN** | ) | |
|    **AL-HELA,** *et al.*, | ) | |
|    Petitioners, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1048** |
| | ) | **(RMU)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |
| | ) | |


| | | |
|---|---|---|
| **SAEED MOHAMMED SALEH HATIM,** *et al.*, | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1429** |
| | ) | **(RMU)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |
| | ) | |

## **ORDER**

It is hereby, this _14th_ day of July, 2006

ORDERED that certain information in Petitioners' Motion to Compel Privilege Team Compliance with the Protective Order, filed March 8, 2006, and Petitioners' Reply shall be designated as "protected" pursuant to the Amended Protective Order and Procedures for Counsel Access initially entered in *In re Guantanamo Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004), and it is

FURTHER ORDERED that the Clerk of the Court shall seal Petitioners' Motion and Reply, and it is

FURTHER ORDERED that Petitioners, after conferring with the Privilege Review Team and its counsel, shall file a redacted version acceptable for public viewing.

SO ORDERED.


Dated: July _14th_, 2006                    _____/s/_____
                                                  ALAN KAY
                                                  UNITED STATES MAGISTRATE JUDGE