IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammad,<br><br>    Petitioner<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2087 (RMC) |

## NOTICE OF FILING WITH COURT SECURITY OFFICER

Please take notice that pursuant to the Protective Order in this case, Petitioner Dr. Fethi Boucetta a/k/a Dr. Abu Muhammad ("Petitioner"), a Non Enemy Combatant Guantanamo Bay detainee, through his counsel, Holland & Hart, LLP, filed the following via UPS Overnight delivery on August 9, 2006, with the Court Security Officer pursuant to CSO procedure:

1. Petitioner's Motion for an Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo and Exhibits 1 & 2;

2. Petitioner's Motion for Temporary Restraining Order to Prevent Respondents From Removing Petitioner from Guantanamo Until Petitioner's Motion for Preliminary Injunction is Decided and Exhibits 1, 2 & 3; and

3. Petitioner's Motion to File Motions for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo and for Temporary Restraining Order Under Seal.

Upon review and confirmation that these three documents do not contain classified information, the Court Security Officer will file the documents under seal with the Court and will also serve Respondents counsel.

1

Dated: August 10, 2006.

                    Respectfully Submitted,

/s Danielle R. Voorhees
Scott S. Barker
William E. Murane
Danielle R. Voorhees
J. Triplett Mackintosh
Hamid M. Khan
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Donald A. Degnan
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
Facsimile: (303) 473-2720

**ATTORNEYS FOR PETITIONER BOUCETTA**

## CERTIFICATE OF SERVICE

      I certify that on August 10, 2006, I served a copy of the foregoing document to the following as indicated below:

United States Department of Justice *via electronic filing*
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530

                                          /s Danielle R. Voorhees
                                          Holland & Hart LLP

3589778_1.DOC