IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ABU MUHAMMED, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-2087 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

### **NOTICE**

At the Court's request, respondents hereby provide the following notice with respect to petitioner's August 10, 2006 motion for temporary restraining order to prevent removal of petitioner from Guantanamo Bay pending resolution of petitioner's companion motion for a preliminary injunction requiring respondents to provide 30-days' advance notice of any transfer of petitioner from Guantanamo:

No transfer of petitioner from Guantanamo is imminent; respondents know of no reason why the issues raised in petitioner's motion for an injunction requiring advance notice of transfer cannot be briefed, argued, and decided on a normal preliminary injunction schedule.[1]  *See* LCvR 65.1.  Petitioner waited almost one year after the filing of the petition in this case before filing a motion for advance notice of transfer, and the basis for his additional request for a temporary restraining order on transfer pending resolution of his advance notice motion appears to be nothing more than respondents' unremarkable refusal to consent to petitioner's recent request for advance notice of any transfer and/or unrelated events in another case that occurred over three

---

[1] In that vein, respondents anticipate filing a response to petitioner's motion for an injunction requiring advance notice of transfer on August 21, 2006.

months ago, involving uniquely situated detainees (Chinese Uighurs).  Respondents' position regarding advance notice of transfer, however, is one that they have uniformly taken in other Guantanamo detainee *habeas* cases.

Dated: August 11, 2006               Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

                                     DOUGLAS N. LETTER
                                     Terrorism Litigation Counsel

                                        */s/ Terry M. Henry*
                                     JOSEPH H. HUNT (D.C. Bar No. 431134)
                                     VINCENT M. GARVEY (D.C. Bar No. 127191)
                                     TERRY M. HENRY
                                     JAMES J. SCHWARTZ
                                     PREEYA M. NORONHA
                                     ROBERT J. KATERBERG
                                     NICHOLAS J. PATTERSON
                                     ANDREW I. WARDEN
                                     EDWARD H. WHITE
                                     MARC A. PEREZ
                                     Attorneys
                                     United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     20 Massachusetts Ave., N.W.
                                     Washington, DC  20530
                                     Tel:  (202) 514-4107
                                     Fax:  (202) 616-8470

                                     Attorneys for Respondents