IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUHAMMED, et al.,

    Petitioners,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 05-2087 (RMC)

**NOTICE OF FILING OF MEMORANDUM IN OPPOSITION
TO PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION
REQUIRING ADVANCE NOTICE OF ANY TRANSFER OR RELEASE**

NOTICE is hereby given that respondents have filed with the Court Security Office a memorandum in opposition to petitioner's motion for preliminary injunction requiring advance notice of any transfer or release of petitioner from Guantanamo Bay, Cuba.  Although respondents take no position as to whether petitioner's motion for preliminary injunction should be filed under seal, respondents are filing their memorandum in opposition under seal.

Dated: August 21, 2006                Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              DOUGLAS N. LETTER
                                              Terrorism Litigation Counsel

   /s/ Marc A. Perez
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-2000
Fax:  (202) 616-8470

Attorneys for Respondents