APPROVED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a Dr. Abu Muhammad, | ) ) ) | |
| Petitioner | ) ) ) | |
| vs. | ) ) | Civil Action No. 05-CV-2087 (RMC) |
| George W. Bush, *et al.* | ) ) ) | |
| Respondents. | ) ) | |

**NOTICE REGARDING REPLY BRIEF**

Please take notice Petitioner Dr. Fethi Boucetta a/k/a Dr. Abu Muhammad ("Petitioner"), through his counsel, Holland & Hart LLP, will file his Reply in Support of his Motion for an Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo ("Motion") on September 8, 2006.

1. Petitioner filed his Motion with the Court Security Office ("CSO") and under seal on August 10, 2006. CSO served counsel for Respondents with a copy of the Motion.

2. On August 21, 2006, Respondents filed Notice that they had filed their memorandum in opposition to the Motion with CSO and had filed the same under seal. (Doc. # 34).

1

3. Counsel for Petitioner was never served with a copy of the memorandum in opposition.

4. On August 28, 2006, Petitioner's counsel contacted the CSO to determine when service could be expected. The CSO directed Petitioner's counsel to contact counsel for Respondents.

5. On August 29, 2006, Petitioner's counsel spoke with Andrew Warden, counsel for Respondents, who explained that counsel for Petitioner was not served with the opposition due to some miscommunication and/or confusion. Mr. Warden then provided counsel for Petitioner with a copy of the memorandum in opposition.

6. Counsel for Petitioner and Respondents have conferred and agreed that Petitioner will submit a Reply in Support of the Motion by September 8, 2006.

7. The undersigned contacted the Court's clerk to inform the Court of the confusion regarding service of the memorandum and the agreement regarding the Reply date and, pursuant to that conversation, is filing this Notice as a record of the same.

Dated: August 29, 2006.

        Respectfully Submitted,

        /s Danielle R. Voorhees
        Scott S. Barker
        William E. Murane
        Danielle R. Voorhees
        J. Triplett Mackintosh
        Hamid M. Khan
        HOLLAND & HART LLP
        555 17th Street, Suite 3200
        Denver, CO 80202
        Tel: (303) 295-8000
        Facsimile: (303) 295-8261

        Donald A. Degnan
        HOLLAND & HART LLP
        One Boulder Plaza
        1800 Broadway, Suite 300
        Boulder, CO 80302
        Tel: (303) 473-2700
        Facsimile: (303) 473-2720

        **ATTORNEYS FOR PETITIONER BOUCETTA**

## CERTIFICATE OF SERVICE

I certify that on August 29, 2006, I e-filed the foregoing document via the United States District Court for the District of Columbia's ECF service, which service shall electronically serve the United States Department of Justice.


/s Danielle R. Voorhees
Holland & Hart LLP


3589778_1.DOC