IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammad,<br><br>    Petitioner<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-CV-2087 (RMC)<br>)<br>)<br>)<br>)<br>) |

## NOTICE REGARDING REPLY BRIEF

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Dr. Fethi Boucetta a/k/a Dr. Abu Muhammad ("Petitioner"), through his counsel, Holland & Hart LLP, filed his Reply in Support of his Motion for an Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo ("Reply") with the Court Security Officer on September 8, 2006 via hand delivery at the following address: Court Security Officer, Suite 5300, 20 Massachusetts Avenue, NW, Washington, DC 20529-0001.

Pursuant to Petitioner's Motion to File Under Seal, the Court Security Officer shall file the Reply with the Court under seal and, pursuant to the Protective Order in this case, shall serve Respondents' counsel with Petitioner's Reply.

1

Dated: September 8, 2006.

        Respectfully Submitted,


        /s Danielle R. Voorhees
        Scott S. Barker
        William E. Murane
        Danielle R. Voorhees
        J. Triplett Mackintosh
        Hamid M. Khan
        HOLLAND & HART LLP
        555 17th Street, Suite 3200
        Denver, CO 80202
        Tel: (303) 295-8000
        Facsimile: (303) 295-8261

        Donald A. Degnan
        HOLLAND & HART LLP
        One Boulder Plaza
        1800 Broadway, Suite 300
        Boulder, CO 80302
        Tel: (303) 473-2700
        Facsimile: (303) 473-2720

        **ATTORNEYS FOR PETITIONER BOUCETTA**

## CERTIFICATE OF SERVICE

      I certify that on September 8, 2006, I e-filed the foregoing document via the United States District Court for the District of Columbia's ECF service, which service shall electronically serve the United States Department of Justice.

                                          /s Danielle R. Voorhees
                                          Holland & Hart LLP

3589778_1.DOC