
COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABU MUHAMMED, ET AL, | . | DOCKET NUMBER: CA 05-2087 |
| Plaintiffs, | . | |
| vs. | . | Washington, D.C. |
| GEORGE W. BUSH, ET AL, | . | October 5, 2006 |
| | . | 10:00 a.m. |
| Defendants. | . | |

TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
BEFORE THE HONORABLE ROSEMARY M. COLLYER
A UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:    DANIELLE R. VOORHEES, ESQUIRE
                      HOLLAND & HART
                      555 17th Street
                      Suite 3200
                      Denver, Colorado  80202
                      (303) 295-8000
                      (303) 295-8261 (fax)
                      dvoorhees@hollandhart.com

                      SCOTT BARKER, ESQUIRE
                      HOLLAND & HART
                      555 17th Street
                      Suite 3200
                      Denver, Colorado  80202
                      (303) 295-8000
                      (303) 975-5391

FOR THE DEFENDANT:    TERRY M. HENRY, ESQUIRE

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

2

```
                              U.S. DEPARTMENT OF JUSTICE
                              Senior Trial Counsel
                              Federal Programs Branch
                              20 Massachusetts Avenue, N.W.
                              Room 7212
                              Washington, D.C.   20530
                              (202) 514-4107
                              (202) 616-8470 (fax)
                              terry.henry@usdoj.gov


THE COURT REPORTER:           SUSAN PAGE TYNER, CVR-CM
                              Official Court Reporter
                              United States District Court
                              333 Constitution Avenue, N.W.
                              Room 6429
                              Washington, D.C.   20001
                              (202) 371-2230
                              susantyner@verizon.net
```

     Computer aided transcript prepared with the aid of SpeechCAT.

33

1   the -- as to the applicability of the FTCA, including it
2   does not apply to torts committed outside of the United
3   States.
4           THE COURT:  Oh, my.
5           MR. HENRY:  It does not apply to torts committed
6   in the course of combatant activities and a number of other
7   exceptions that -- basically our position is --
8           THE COURT:  What about for the period of time from
9   the time that someone is determined to be not an enemy
10  combatant until the release, at least that is not a
11  combatant, is it?
12          I am sorry, I am putting Mr. Henry on the spot
13  here ladies and gentlemen.
14          MR. BARKER:  We are enjoying this, Your Honor.
15          THE COURT:  I thought that you might be.  But it
16  is not my case, and I really am just making it up as we go
17  along.
18          MR. BARKER:  Thank you very much for your
19  consideration of our motion, Your Honor.
20          THE COURT:  You're very welcome.  And as I said
21  you should feel free to appeal me.
22          But the case will -- the habeas case will
23  continue, because I still have jurisdiction over that,
24  right?
25          MS. VORHEES:  That is correct, Your Honor, and we

34

```
 1  will probably be asking you to lift the stay that was
 2  entered in this particular case because of that so that we
 3  can move forward on those issues.
 4              THE COURT:  I think that we probably should do
 5  that.
 6              Would you have an objection, Mr. Henry, to an oral
 7  motion to lift the stay so the case could continue?
 8              MR. HENRY:  Your Honor, I would ask that we be
 9  given the opportunity to respond to that in writing.  I
10  believe we would object.
11              THE COURT:  Well, on behalf of the petitioners,
12  do you object if I treat your statement as an oral motion
13  and allow Mr. Henry to respond and then you can reply?
14              MS. VORHEES:  Not at all, Your Honor.
15              THE COURT:  I mean there's no point in double
16  briefing.
17              MS. VORHEES:  I agree.  That would be fine.
18              THE COURT:  Mr. Henry, how much time do you
19  want?
20              MR. HENRY:  We would ask for the usual 14 days if
21  we could.
22              THE COURT:  Well, you can have 14 days.  14 days
23  is good by me.
24              All right.  I will give 14 days to reply since you
25  have not written the opening brief.
```

```
 1         MS. VORHEES:  Thank you, Your Honor, that would be
 2  great.
 3         THE COURT:  Thank you everybody.
 4         MS. VORHEES:  Thank you, Your Honor.
 5         MR. BARKER:  Thank you.  Have a good day.
 6      (Whereupon, the proceedings were adjourned.)
 7                        - - - - -
 8              CERTIFICATE OF COURT REPORTER
 9   I certify that the foregoing is a correct transcript of
10  the proceedings in the above-captioned case.
11
12
13              SUSAN PAGE TYNER, CVR-CM
14              OFFICIAL COURT REPORTER
```