IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a Dr. Abu Muhammad, | ) ) ) | |
| Petitioner | ) ) ) | |
| vs. | ) ) | Civil Action No. 05-CV-2087 (RMC) |
| George W. Bush, *et al.* | ) ) ) | |
| Respondents. | ) ) | |

## NOTICE REGARDING REPLY BRIEF

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Dr. Fethi Boucetta a/k/a Dr. Abu Muhammad ("Petitioner"), through his counsel, Holland & Hart LLP, has filed his Reply in Support of his Oral Motion to Lift Stay ("Reply") with the Court Security Officer via hand delivery at the following address:

> Court Security Officer(s)
> Suite 5300
> 20 Massachusetts Avenue, NW
> Washington, DC 20529-0001

Once the Reply is cleared for public filing, Petitioner's counsel will file it through the ECF system.

1

Dated: November 2, 2006.

              Respectfully Submitted,


              /s Danielle R. Voorhees
              Scott S. Barker
              William E. Murane
              Danielle R. Voorhees
              J. Triplett Mackintosh
              HOLLAND & HART LLP
              555 17th Street, Suite 3200
              Denver, CO 80202
              Tel: (303) 295-8000
              Facsimile: (303) 295-8261

              Donald A. Degnan
              HOLLAND & HART LLP
              One Boulder Plaza
              1800 Broadway, Suite 300
              Boulder, CO 80302
              Tel: (303) 473-2700
              Facsimile: (303) 473-2720

              **ATTORNEYS FOR PETITIONER BOUCETTA**

**CERTIFICATE OF SERVICE**

  I certify that on November 2, 2006, I e-filed the foregoing document via the United States District Court for the District of Columbia's ECF service, which service shall electronically serve the United States Department of Justice.


            /s Danielle R. Voorhees
            Holland & Hart LLP


3627584_1.DOC