IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a Dr. Abu Muhammad, | ) ) ) | |
| Petitioner | ) ) ) | |
| vs. | ) ) | Civil Action No. 05-CV-2087 (RMC) |
| George W. Bush, *et al.* | ) ) ) | |
| Respondents. | ) ) | |

## ERRATA REGARDING NOTICE

Petitioner's counsel hereby notifies the Court that Petitioner's Notice Regarding Reply Brief ("Notice") (Dock. # 41), filed in the above-captioned case on November 2, 2006, inadvertently stated that Petitioner's Reply in Support of Oral Motion to Lift Stay was filed with the Court Security Officer ("CSO") via hand delivery when it was actually filed via overnight delivery. Petitioner's counsel had previously filed a similar notice explaining that documents were filed with CSO via hand delivery. Here, the Notice was filed without being properly amended to reflect the change in delivery method. Petitioner's counsel apologizes for any confusion or inconvenience caused by this error. An amended copy of the Notice is attached as Exhibit A.

1

Dated: November 6, 2006.

        Respectfully Submitted,

/s Danielle R. Voorhees
Scott S. Barker
William E. Murane
J. Triplett Mackintosh
Meghan N. Winokur
Danielle R. Voorhees
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Donald A. Degnan
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
Facsimile: (303) 473-2720

**ATTORNEYS FOR PETITIONER BOUCETTA**

## CERTIFICATE OF SERVICE

    I certify that on November 6, 2006, I e-filed the foregoing document via the United States District Court for the District of Columbia's ECF service, which service shall electronically serve the United States Department of Justice.


                                  /s Danielle R. Voorhees
                                  Holland & Hart LLP

3628783_1.DOC