# Exhibit A

Case 1:05-cv-02087-RMC   Document 43-2   Filed 11/06/2006   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammad,<br><br>    Petitioner<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>    Respondents. | Civil Action No. 05-CV-2087 (RMC) |

## AMENDED NOTICE REGARDING REPLY BRIEF

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Dr. Fethi Boucetta a/k/a Dr. Abu Muhammad ("Petitioner"), through his counsel, Holland & Hart LLP, has filed his Reply in Support of his Oral Motion to Lift Stay ("Reply") with the Court Security Officer via overnight delivery at the following address:

    Court Security Officer(s)
    Suite 5300
    20 Massachusetts Avenue, NW
    Washington, DC 20529-0001

Once the Reply is cleared for public filing, Petitioner's counsel will file it through the ECF system.

1

Dated: November 2, 2006.

                    Respectfully Submitted,

/s Danielle R. Voorhees
Scott S. Barker
William E. Murane
Danielle R. Voorhees
J. Triplett Mackintosh
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Facsimile: (303) 295-8261

Donald A. Degnan
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
Facsimile: (303) 473-2720

**ATTORNEYS FOR PETITIONER BOUCETTA**

2

## CERTIFICATE OF SERVICE

I certify that on November 2, 2006, I e-filed the foregoing document via the United States District Court for the District of Columbia's ECF service, which service shall electronically serve the United States Department of Justice.

/s Danielle R. Voorhees
Holland & Hart LLP

3627584_1.DOC