IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fethi Boucetta a/k/a Dr. Abu Muhammad, )<br>)<br>Petitioner )<br>)<br>vs. )<br>)<br>George W. Bush, *et al.* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2087 (RMC) |

## NOTICE REGARDING RESPONSE TO MOTION TO DISMISS

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Dr. Fethi Boucetta a/k/a Dr. Abu Muhammad ("Petitioner"), through his counsel, Holland & Hart LLP, has filed his Response to Respondents' Motion to Dismiss with the Court Security Officer via hand delivery at the following address:

U.S. Department of Justice, Litigation Security Section
20 Massachusetts Avenue, NW
Suite 5300
Washington, DC 20530

Once the Response is cleared for public filing, Petitioner's counsel will file it through the ECF system.

1

Dated:  May 3, 2007.

                Respectfully Submitted,


                /s Danielle R. Voorhees
                Scott S. Barker
                William E. Murane
                Danielle R. Voorhees
                J. Triplett Mackintosh
                HOLLAND & HART LLP
                555 17th Street, Suite 3200
                Denver, CO  80202
                Tel: (303) 295-8000
                Facsimile: (303) 295-8261

                Donald A. Degnan
                HOLLAND & HART LLP
                One Boulder Plaza
                1800 Broadway, Suite 300
                Boulder, CO 80302
                Tel: (303) 473-2700
                Facsimile: (303) 473-2720

                **ATTORNEYS FOR PETITIONER BOUCETTA**

## CERTIFICATE OF SERVICE

     I certify that on May 3, 2007, I e-filed the foregoing document via the United States District Court for the District of Columbia's ECF service, which service shall electronically serve the United States Department of Justice.

/s Danielle R. Voorhees
Holland & Hart LLP

3705578_1.DOC