APPROVED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fethi Boucetta a/k/a<br>Dr. Abu Muhammad,<br><br>　　　Petitioner<br><br>vs.<br><br>George W. Bush, *et al.*<br><br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2087 (RMC) |

**PETITIONER'S RESPONSE TO MOTION TO DISMISS**

　　　Petitioner Dr. Fethi Boucetta a/k/a Dr. Abu Muhammad, a former Non Enemy Combatant Guantanamo Bay detainee, through his counsel, Holland & Hart, LLP, respectfully submits this response to Respondents' Motion to Dismiss (Docket 49).

　　　Petitioner does not object to dismissal of his habeas petition without prejudice on the ground that he has been released from Guantanamo.

Dated: May 3, 2007.

                         Respectfully Submitted,

                         <u>/s Danielle R. Voorhees</u>
                         Scott S. Barker
                         William E. Murane
                         Danielle R. Voorhees
                         J. Triplett Mackintosh
                         Hamid M. Khan
                         HOLLAND & HART LLP
                         555 17th Street, Suite 3200
                         Denver, CO 80202
                         Tel: (303) 295-8000
                         Facsimile: (303) 295-8261

                         Donald A. Degnan
                         HOLLAND & HART LLP
                         One Boulder Plaza
                         1800 Broadway, Suite 300
                         Boulder, CO 80302
                         Tel: (303) 473-2700
                         Facsimile: (303) 473-2720

                         **ATTORNEYS FOR PETITIONER BOUCETTA**

## CERTIFICATE OF SERVICE

I certify that on May 3, 2007, I sent the original and two copies of the foregoing document to the Court Security Officer ("CSO"), at the address below, via Hand Delivery and, pursuant to CSO procedure, the CSO will serve the United States Department of Justice and will file the foregoing document with the Court.

U.S. Department of Justice, Litigation Security Section
Attention Jennifer Campbell or Erin Hogarty
20 Massachusetts Ave., NW
Suite 5300
Washington, DC 20529-0001

>	/s Rosa Smith
>	Holland & Hart LLP

3586771_3.DOC